# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02858-PAB-NRN

PAULA MALTBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Plaintiff Paula Maltby, with consent and stipulation of Defendant State Farm Mutual Automobile Insurance Company (the "Parties"), through their respective undersigned counsel, hereby voluntarily dismisses this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall each bear their respective costs and fees incurred in connection with this action.

Dated: April 19, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/Andrew C. Quisenberry* | */s/Timothy M. Kratz* |
| Andrew C. Quisenberry | Timothy M. Kratz |
| BACHUS & SCHANKER, LLC | JACKSON LEWIS P.C. |
| 101 West Colfax Avenue, Suite 650 | 950 17th Street, Suite 2600 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| Tel: 303.893.9800 | Tel: 303.892.0404 |
| Fax: 303.893.9900 | Fax: 303.892.5575 |
| Andrew.Quisenberry@coloradoloaw.net | Tim.Kratz@jacksonlewis.com |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed via CM/ECF, causing an electronic copy to be served on the following:

Timothy M. Kratz
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202
Tel: 303.892.0404
Fax: 303.892.5575
Tim.Kratz@jacksonlewis.com

Counsel for Defendant

*/s/Andrew C. Quisenberry*
Andrew C. Quisenberry